THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE STATE BANK OF FORT EDWARD, JOHN OSGOOD, Petitioner, Appellant.

(Submitted June 15, 1886; decided June 25, 1886.)

*Edgar Hull* for appellant.

*D. S. Potter,* for receiver, respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

MARY J. OLMSTED, Respondent, *v.* BENJAMIN F. OLMSTED et al., Appellants.

(Argued June 15, 1886; decided June 25, 1886.)

*Calvin Frost* for appellant.

*H. H. Wilzin* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.